# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

BITTERSWEET BRANDS, LLC

VERSUS

PAINTING WITH A TWIST, LLC,
CATHERINE DEANO AND SANDRA
RENEE MALONEY

NO.   2019 CW 1213

**DEC 2 3 2019**

---

In Re:    Sandra Renee Maloney, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 2018-11537.

---

BEFORE:   **HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                         **TMH**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT